UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-316-8F(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHANTINA CLEVELAND | ) | |

This matter is before the court on the government's unopposed motion to modify the terms of the pretrial diversion agreement between the government and the defendant regarding the defendant's joint and several liability under Special Condition 6 of the pretrial diversion agreement for payment to O'Charlie's Restaurant, 1498 Skibo Road, Fayetteville, North Carolina, of $2,850.39 in restitution. For good cause shown, IT IS HEREBY ORDERED that Special Condition 6 of the pretrial diversion agreement is hereby modified and the defendant is now jointly and severally liable in the amount of $950. 39 in restitution. IT IS FURTHER ORDERED that the remaining terms of pretrial diversion agreement are unchanged.

SO ORDERED this __30th__ day of November 2010.

JAMES C. FOX
Senior United States District Judge